8 Ill. App.3d 957 (1972)
290 N.E.2d 282
GLORIA YEATER, Plaintiff-Appellant,
v.
DECATUR PARK DISTRICT et al., Defendants-Appellees.
No. 11518.
Illinois Appellate Court  Fourth District.
December 6, 1972.
*958 Richard P. Reising and Robert D. Owen, both of Owen, Roberts, Susler & Taylor, of Decatur, for appellant.
Rosenberg, Rosenberg, Bickes & Johnson, of Decatur, (Emmanuel Rosenberg, Joseph L. Rosenberg, and Wayne L. Bickes, of counsel,) for appellees.
Abstract of Decision.
Judgment affirmed.